| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>COLE, JEFFREY N. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>219 SOUTH DEARBORN STREET<br>STE 1088<br>CHICAGO, IL 60604-2025 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | B | Dividend | K | T | | | | | |
| 2. PHILIP MORRIS INT'L | A | Dividend | K | T | | | | | |
| 3. WAL-MART STORES | | None | | | Sold | 02/05/17 | K | D | |
| 4. SCHWAB ACCOUNTS | A | Dividend | J | T | | | | | |
| 5. MAY DEPT STORES 8.3% DEB 7/15/2026 - IRA | C | Interest | K | T | | | | | |
| 6. EXECUTIVE RISK CAPITAL TR 2/1/2027 - 8.675% - IRA | C | Interest | K | T | | | | | |
| 7. ACE LTD SER C 7.8% - IRA | C | Interest | K | T | | | | | |
| 8. RESOLUTION FDG CORP 10/15/2016 - IRA | E | Interest | K | T | | | | | |
| 9. DUKE CAPITAL SR NOTES 2/15/2013 6.25% -IRA | B | Interest | K | T | | | | | |
| 10. LEUCADIA NAT'L 11/15/2013 7.75% - IRA | B | Interest | K | T | | | | | |
| 11. NCNB 7/15/2015 10.2% - IRA | B | Interest | K | T | | | | | |
| 12. NAT'L RURAL UTILITY COOP 10/1/2015 7.2% - IRA | B | Interest | K | T | | | | | |
| 13. ITT HARTFORD GRP DEB 11/1/2015 7.3% - IRA | B | Interest | K | T | | | | | |
| 14. ALLEGIENCE CORP DEB 10/15/2016 7.8% - -IRA | B | Interest | K | T | | | | | |
| 15. RYDER SYSTEMS DEB 5/15/2017 9+.875% - IRA | C | Interest | K | T | | | | | |
| 16. CITICORP CAPITAL 2/15/2027 7.933% - IRA | C | Interest | K | T | | | | | |
| 17. ST PAUL CAPITAL TR PFD 7.6% - IRA | C | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TXU CORP - IRA | B | Dividend | K | T | | | | | |
| 19. BAXTER, INT'L - IRA | B | Dividend | J | T | | | | | |
| 20. EXXONMOBIL - IRA | B | Dividend | K | T | | | | | |
| 21. HOME DEPOT - IRA | B | Dividend | J | T | | | | | |
| 22. JOHNSON & JOHNSON - IRA | B | Dividend | J | T | | | | | |
| 23. MICROSOFT - IRA | B | Dividend | J | T | | | | | |
| 24. WAL-MART STORES - IRA | B | Dividend | J | T | | | | | |
| 25. AVAYA | A | Dividend | K | T | | | | | |
| 26. POWERWAVE TECHNOLOGIES | | None | J | T | | | | | |
| 27. LEHMAN BROS HOLDINGS 7.95% | B | Dividend | K | T | | | | | |
| 28. TEXAS MUNI GAS ACQ SPLY SER A 5.25% | B | Interest | K | T | | | | | |
| 29. PEPSICO | B | Dividend | J | T | | | | | |
| 30. BB&T CORP SUB NT 6/30/2017 4.9% | A | Interest | | | Sold | 06/30/17 | K | | |
| 31. TEMPLETON GLOBAL BD FD ADVISOR | A | Dividend | | | Sold | 01/04/17 | K | | |
| 32. ANDARKO PETE CORP SR NT 3/15/2014 - 7.625% - IRA | B | Interest | K | T | | | | | |
| 33. AMEREM CORP SR NT 5/15/2014 8.875% - IRA | B | Interest | K | T | | | | | |
| 34. BUNGE LTD FIN CORP SR NT 7/15/2015 - 5.1% - IRA | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HOSPIRA INC NT 5/15/2015 6.4% - IRA | B | Interest | K | T | | | | | |
| 36. WILLIS NO AMER INC SR NT 7/15/2015 5.625% - IRA | B | Interest | K | T | | | | | |
| 37. ENDURANCE SPECIALTY HLDGS LTD SR NT 10/15/2015 6.15% -IRA | B | Int./Div. | K | T | | | | | |
| 38. UNITRIN INC FXD RT SR NT 11/30/2015 6.0% - IRA | A | Interest | | | Sold | 05/15/17 | K | | |
| 39. HORACE MANN EDUCATORS CORP NEW SR NT 4/15/2016 6.85% - IRA | B | Interest | K | T | | | | | |
| 40. ALLIED WORLD ASSUR 8/1/2016 7.5% - IRA | B | Interest | K | T | | | | | |
| 41. FIDELITY NAT'L FINCL NEW SR NT 5/15/2017 6.6% - IRA | A | Interest | K | T | | | | | |
| 42. DREYFUS TREAS PRIME INV SHS MNY MKT | A | Interest | M | T | | | | | |
| 43. DREYFUS TREAS PRIME INV SHS | B | Dividend | N | T | | | | | |
| 44. TEMPLETON GLOBAL BD FD ADVISOR | B | Dividend | | | Sold | 01/04/17 | K | | |
| 45. TEMPLETON GLOBAL BD FD ADVISOR - IRA | C | Dividend | M | T | | | | | |
| 46. CENTRAL GOLDTRUST TR UNIT - IRA | | None | K | T | | | | | |
| 47. CNA FINCL CORP NT 12/15/2014 5.85% - IRA | A | Interest | K | T | | | | | |
| 48. ANNALY CAP MGMT INC - IRA | A | Dividend | K | T | | | | | |
| 49. WALT DISNEY CO NTS 12/15/2013 4.5% | B | Interest | K | T | | | | | |
| 50. VANGUARD SHT TERM BD INDEX SIGNAL | A | Dividend | M | T | | | | | |
| 51. TEMPLETON GLOBAL FD ADVISOR | A | Dividend | | | Sold | 01/04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UBS AG AUSTRALIA BRCH NTS 8/26/2013 6.25% | B | Interest | K | T | | | | | |
| 53. MARRIOTT INT'L NEW NT SER J 2/15/2013 5.625% - IRA | B | Interest | K | T | | | | | |
| 54. COMMERCIAL METALS CO SR NTS 8/15/2013 5.625% - IRA | B | Interest | K | T | | | | | |
| 55. AMERICAN EXPRESS CR CORP MED TRM NTS 8/20/2013 7.3% - IRA | B | Interest | K | T | | | | | |
| 56. TELECOM ITALIA CAP SR NTS SER B - IRA | B | Interest | K | T | | | | | |
| 57. FIDELITY NAT'L FINCL INC NEW SR NTS 5/15/2017 6.6% - IRA | A | Interest | K | T | | | | | |
| 58. ORIX CORP NTS 1/12/2016 6.6% - IRA | B | Interest | K | T | | | | | |
| 59. BEST BUY INC FXD RT NTS 3/15/2016 3.75% - IRA | A | Interest | K | T | | | | | |
| 60. TRANSATLANTIC HLDGS SR NT 12/14/2015 5.75% - IRA | B | Interest | K | T | | | | | |
| 61. AVNET INC NTS 9/15/2016 6.625% - IRA | B | Interest | K | T | | | | | |
| 62. CENTRAL GOLDTRUST TR UNIT - IRA | | None | L | T | | | | | |
| 63. NOVARTIS AG ADR - IRA | B | Dividend | L | T | | | | | |
| 64. SEALED AIR CORP NEW COM - IRA | B | Dividend | K | T | | | | | |
| 65. STAPLES, INC - IRA | A | Dividend | J | T | | | | | |
| 66. WESTERN UNION CO COM | A | Dividend | K | T | | | | | |
| 67. CENTRAL FD CDA LTD CL A | A | Dividend | K | T | | | | | |
| 68. WINTERGREEN FD - IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPROTT PHYSICAL GOLD TR | | None | M | T | | | | | |
| 70. BK OF NEW YORK MELLON CORP | A | Dividend | K | T | | | | | |
| 71. GOOGLE INC CL A | | None | L | T | | | | | |
| 72. EMBRAER OVERSEAS LTD 6.375% 1/24/17 | A | Interest | | | Sold | 01/24/17 | K | | |
| 73. PPL ENERGY SUPPLY 6.5% 5/1/18 | B | Interest | K | T | | | | | |
| 74. TECH DATA CORP BSR NT 9/21/17 | B | Interest | | | Sold | 09/21/17 | L | | |
| 75. TIME WARNER CABLE 5.85% 5/1/17 | A | Interest | | | Sold | 04/10/17 | K | | |
| 76. EXELON GENERATION CO | B | Interest | K | T | | | | | |
| 77. EXELON CORP COM | B | Dividend | K | T | | | | | |
| 78. POTLATCH CORP NEW FXD RT SR NT 7.5% 11/1/19 | B | Interest | K | T | | | | | |
| 79. JEFFRIES GROUP INC NEW FXD RT SR NT 5.125% 4/13/18 | B | Interest | K | T | | | | | |
| 80. MOSAIC CO NEW | A | Dividend | K | T | | | | | |
| 81. ALCOA INC FXD RTATE NT 5.4% 4/15/2021 | B | Interest | K | T | | | | | |
| 82. TALISMAN ENERGY SER 7.75% 6/1/2019 | B | Interest | K | T | | | | | |
| 83. DIST COLUMBIA UNIV REV RFDG GEORGETOWN SER A 5.0% 4/1/2021 | B | Interest | K | T | | | | | |
| 84. LABORATOY CORP AMER 4.625% | B | Interest | K | T | | | | | |
| 85. ADVANCE AUTO PARTS 5.75% 4/29/2110 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VIACOM INC NEW SR NT 12/12/2011 | A | Interest | K | T | | | | | |
| 87. BP PLC SPON ADR | B | Dividend | K | T | | | | | |
| 88. FPA CRESCENT | A | Dividend | K | T | | | | | |
| 89. VANGUARD INDEX FDS- SEE NOTES | A | Dividend | K | T | | | | | |
| 90. KRAFT FOODS GROUP | B | Dividend | K | T | | | | | |
| 91. DOUBLELINE TOTAL | A | Dividend | K | T | | | | | |
| 92. AMERICAN EXPRESS | A | Dividend | | | Sold | 01/30/17 | K | | |
| 93. BERKSHIRE HATHAWAY | | None | K | T | | | | | |
| 94. MCDONALDS CORP FR NTS 3.625%/ 5/20/2021 | A | Interest | K | T | | | | | |
| 95. WILLIS NO AMERICA FXD RATE 7.0 9/29/19 | B | Interest | K | T | | | | | |
| 96. WILLIS TOWERS WATSON 5.75% 3/15/2021 | B | Interest | K | T | | | | | |
| 97. ZOETIS BINC SR NT | A | Interest | | | Sold | 10/12/17 | K | A | |
| 98. AETNA INC FXD RT 4.1254% | B | Interest | K | T | | | | | |
| 99. AUTONATION, INC GTD 6.75% | B | Interest | K | T | | | | | |
| 100. BENTONVILLE ARK SCH | A | Interest | K | T | | | | | |
| 101. COLLINGSWOOD NJ 4/30/08 | A | Interest | K | T | | | | | |
| 102. DILLARDS INC FOR NT 7.13% 8/1/2018 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DISNEY WALT CO | A | Dividend | K | T | | | | | |
| 104. EBAY INC FXD RT SR 2.875% 8/1/2021 | A | Interest | K | T | | | | | |
| 105. GOLDMAN SACHS GRP NTS 2.55% 10/23/2019 | A | Interest | K | T | | | | | |
| 106. OAKTREE CAP GRP | B | Distribution | K | T | | | | | |
| 107. SUNCOR ENERGY INC | A | Dividend | K | T | | | | | |
| 108. UNITRIN INC SR NTS 5/11/2007 | A | Interest | | | Redeemed | 05/15/17 | K | | |
| 109. ABBOTT LABS FXD SR NOTES 2.9% 11/30/2021 | A | Interest | K | T | | | | | |
| 110. CBRE SVCS, INC SR NOTES 5.0% 3/15/2023 | B | Interest | K | T | | | | | |
| 111. EATON CORP. OHIO SR NOTES 1.5% 11/2/2017 | A | Interest | | | Redeemed | 11/02/17 | K | | |
| 112. GATX CORP SR NOTE 6.0% 2/15/2018 | B | Interest | | | Redeemed | 12/15/17 | K | A | |
| 113. GENERAL MTRS CO. SR NOTES 3.5% 10/2/2018 | A | Interest | K | T | | | | | |
| 114. KANSAS CTY SOUTHERN GTD SR NOTE 2.35% 5/15/2020 | A | Interest | K | T | | | | | |
| 115. MCDONALD'S CORP MEDIUM TERM NOTE 2.625% 1/15/2022 | A | Interest | K | T | | | | | |
| 116. THOMSON REUTERS CORP NT 3.95% 9/30/2021 | A | Interest | K | T | | | | | |
| 117. TORCHMARK CORP SR NOTE 9.25% 6/15/2019 | B | Interest | K | T | | | | | |
| 118. WALGREENS BOOTS ALLIANCE INC GTD FXD RATE NOTE 2.7% | A | Interest | K | T | | | | | |
| 119. DUPONT E I DE NEMOURS & CO. FIXED RT NT 4.25% 4/1/2021 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MCDONALDS CORP MEDIUM TERM NTS FIXED RT SR NT 2.75% 12/9/2020 | A | Interest | K | T | | | | | |
| 121. TECH DATA CORP FXD RATE NT 3.75%09/21/2017 | B | Interest | K | T | | | | | |
| 122. KRAFT FOODS GRP FIXED RATE NT 5.375% 2/10/2020 | B | Interest | K | T | | | | | |
| 123. S&P GLOBAL FXD RT SR NT 5.90% 11/15/17 | A | Interest | | | Redeemed | 11/15/17 | K | | |
| 124. SOUTHWEST AIRLINES 2.75% NTS 11/6/19 | A | Interest | K | T | Buy | 10/05/17 | K | | |
| 125. CNA FINANCIAL CORP 5.875% 8/15/20 | A | Interest | K | T | Buy | 12/4/17 | K | | |
| 126. AMERIPRISE FINANCIAL SR NTS 7.3% 6/28/19 | B | Interest | K | T | Buy | 02/01/17 | K | | |
| 127. BECTON DICKINSON FXD RT NT 3.125% 11/8/21 | A | Interest | K | T | Buy | 05/24/17 | K | | |
| 128. DOW CHEMICAL FXD RT NT 4.125% 11/15/21 | B | Interest | K | T | Buy | 01/30/17 | K | | |
| 129. GOLDMAN SACHS GRP INC FXD RT NT 2.75% 9/15/20 | A | Interest | K | T | Buy | 01/10/17 | K | | |
| 130. JEFFERIES GRP INC NEW FXD RT SR NT 8.5% 7/15/19 | | None | K | T | Buy | 07/13/17 | K | | |
| 131. McKESSON CORP FXD NT 4.75% 3/1/21 | A | Interest | K | T | Buy | 06/16/17 | K | | |
| 132. MEAD JOHNSON NUTRITION CO FXD RT SR NT 3.0 % 11/15/20 | A | Interest | K | T | Buy | 01/12/17 | K | | |
| 133. NORTHROP GRUMMAN CORP SR NT 3.5% 3/15/21 | | None | K | T | Buy | 10/31/17 | K | | |
| 134. REYNOLDS AMERICAN INC GTD FXD RT SR NT 3.25% 6/12/20 | A | Int./Div. | K | T | Buy | 10/20/17 | K | | |
| 135. WELLS FARGO & CO NEW MEDIUM TERM SR NTS FXD RT SER 1 4.6% 4/1/21 | B | Interest | K | T | Buy | 01/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. INTEL CORP | B | Dividend | K | T | Buy | 01/06/17 | K | | |
| 137. ABBOTT LABS FXD RT SR NT 2.0% 3/15/20 | | None | J | T | Buy | 09/29/17 | K | | |
| 138. BAXTER INT'L INC FXD RT SR NT 1.7% 8/15/21 | A | Interest | K | T | Buy | 01/09/17 | K | | |
| 139. CNA FIN'L CORP FXD RT NT 5.75% 8/15/21 | A | Interest | K | T | Buy | 06/09/17 | K | | |
| 140. KEYCORP MEDIUM TERM SR NT SER M 2.9% 9/15/20 | A | Interest | K | T | Buy | 01/19/17 | K | | |
| 141. ZIMMER BIOMET HLDGS SR NT 2.7% 4/1/20 | A | Interest | K | T | Buy | 09/25/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 89 - VANGUARD INDEX FUND

AS REQUESTED, FOLLOWING IS THE MAKEUP OF THE VANGUARD INDEX FUND HELD BY THE HONORABLE JEFFREY N. COLE
AS PROVIDED BY CHARLES SCHWAB AS OF DECEMBER 31, 2017:

APPLE, INC.
MICROSOFT, INC.
AMAZON, INC.
BERKSHIRE HATHAWAY, INC.
FACEBOOK, INC.
JPMORGAN CHASE
JOHNSON & JOHNSON, INC.
EXXONMOBIL, INC.
GOOGLE, INC.

| Name of Person Reporting | Date of Report |
|---|---|
| COLE, JEFFREY N. | 05/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JEFFREY N. COLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544